**No. 47033.**—Protest 46593–K of R. F. Revson Co. (New York).

Opinion by CLINE, J. The merchandise consists of quince seed. The collector required that the containers be marked with the word "Persia" before they were released. The owner of the importing company testified that the quince seed was packed in corrugated paper cartons and that two smaller cartons, which contained the seed, were enclosed in one larger outside carton, but that the inner cartons were marked with the words "Persian seed" in English, and that those words do not refer to any particular kind of seed. As the record established that the immediate containers of the quince seed were marked with the words "Persian seed" in typewriting on a label which was pasted thereon, and since this shipment was entered after the Customs Regulations of 1937 became effective, the court held that the marking was a proper compliance with article 528 of said regulations. The protest was therefore sustained following Abstracts 36609, 36077, 40549, 41128, and 42581, and *Asiam, Inc.* v. *United States* (25 C. C. P. A. 68, T. D. 49065), *American Hatters & Furriers* v. *United States* (1 Cust. Ct. 111, C. D. 31), and *Kraft Phenix Cheese Corp.* v. *United States* (22 C. C. P. A. 111, T. D. 47103).

**No. 47034.**—Protest 37964–K of B. H. Old & Co. (New York).

Opinion by CLINE, J. The record showed that the merchandise consists of dried ginger, the product of Sierra Leone, and that some of the bags which were the immediate containers of the ginger were marked "Sa. Leone," instead of the full name, Sierra Leone. In accordance with Abstract 44088, which was incorporated herein, the court held that the marking "Sa. Leone" was sufficient to indicate the country of origin. The protest was therefore sustained.

**No. 47035.**—Protest 826853–G of Humphrey & MacGregor (Tampa).

Opinion by CLINE, J. When the case was called for trial there was no appearance on the part of the plaintiffs. As there was nothing in the record to overcome the presumption of correctness attaching to the collector's decision, the protest was overruled.